Alicia R. Ashcraft, Esq.
Nevada Bar Number 6890
ASHCRAFT LAW PLLC
8275 S Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel/Fax: (702) 631-4755
Attorneys for Respondent Arboretum Nv Asset Co

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNIOIN LOCAL 711,<br><br>Plaintiff,<br><br>v.<br><br>ARBORETUM NV ASSET CO LLC,<br><br>Defendant. | CASE NO.: 2:26-CV-02524-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1-1)**<br><br>**(First Request)** |

On August 14, 2026, Petitioner United Food and Commercial Workers Union Local 711 (hereinafter, "Petitioner") initiated this action by filing a Complaint and Petition to Compel Arbitration in the United States District Court District of Nevada. Plaintiff served Defendant Arboretum Nv Asset Co LLC ("Respondent") with a Summons and the Complaint on September 3, 2026. Therefore, Respondent's response is due on September 23, 2026. (See FRCP 81(c)(2)(C).)

Foreign (PEM Law LLP) and Local Counsel (ASHCRAFT LAW PLLC) have been recently retained to represent Respondent in this matter. Respondent's Counsel needs additional time to investigate this matter and have been unable to do so due to their recent retention and professional commitments (both their own and their client's). Therefore, Respondent needs additional time to gather information to respond to Petitioner's Complaint.

Accordingly, Petitioner and Respondent, by and through their respective counsel, hereby stipulate and agree that Respondent shall have an extension for two weeks until October 7, 2026, to file its response to Petitioner's Complaint. This is the first request for such an extension. This



Ashcraft Law PLLC
8275 S Eastern Avenue
Suite 200
Las Vegas, Nevada 89123
Tel/Fax: (702) 631-4755

stipulation for extension is being brought in good faith and is not sought for any improper purpose or other purpose of delay, but to allow counsel time to gather information to respond to Petitioner's Complaint.

Date: 9/23/2026

/s/ Kimberley Weber
Kimberley Weber, Esq., SBN 14434
McCRACKEN, STEMERMAN &
HOLSBERRY, LLP
5241 Spring Mountain Road, Building B
Las Vegas, NV 89146
Telephone: (702) 386-5107
Fax: (702) 386-9848
Email: kweber@mshlaw.com
Attorneys for Petitioner United Food and Commercial Workers Union Local 711

Date: 9/23/2026

/s/ Alicia R. Ashcraft
Alicia R. Ashcraft, Esq., SBN 6890
ASHCRAFT LAW PLLC
8275 S Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel/Fax: (702) 631-4755
Attorneys for Respondent Arboretum Nv Asset Co

IT IS SO ORDERED:

________________________________
UNITED STATES MAGISTRATE JUDGE

DATED: September 24, 2026



**Ashcraft Law PLLC**
8275 S Eastern Avenue
Suite 200
Las Vegas, Nevada 89123
Tel/Fax: (702) 631-4755